No. 95–5026.  GONZALEZ *v.* DEPARTMENT OF VETERANS AF-
FAIRS.  C. A. 3d Cir.  Certiorari denied.

No. 95–5027.  HICKSON *v.* GARNER, WARDEN, ET AL.  C. A. 5th
Cir.  Certiorari denied.

No. 95–5028.  GONZALEZ *v.* UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 95–5030.  DIAZ *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT
OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.
Certiorari denied.

No. 95–5031.  LEDET *v.* 15TH JUDICIAL DISTRICT COURT ET AL.
C. A. 5th Cir.  Certiorari denied.

No. 95–5032.  ROBERTSON *v.* UNITED STATES.  C. A. 10th Cir.
Certiorari denied.

No. 95–5033.  PATRICK *v.* UNITED STATES.  C. A. 4th Cir.
Certiorari denied.

No. 95–5034.  OUTLOW *v.* SOBINA, SUPERINTENDENT, STATE
CORRECTIONAL INSTITUTION AT SOMERSET, ET AL.  C. A. 3d Cir.
Certiorari denied.

No. 95–5035.  PROSPER *v.* SCOTT, DIRECTOR, TEXAS DEPART-
MENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A.
5th Cir.  Certiorari denied.

No. 95–5036.  PARKS *v.* UNITED STATES.  Ct. App. D. C.  Cer-
tiorari denied.

No. 95–5037.  SHEA *v.* SHEA.  C. A. 6th Cir.  Certiorari de-
nied.

No. 95–5038.  R. J. *v.* S. L. J.  Ct. App. Mo., Eastern Dist.
Certiorari denied.

No. 95–5039.  PARKER *v.* UNIVERSITY OF MISSISSIPPI ET AL.
C. A. 5th Cir.  Certiorari denied.

No. 95–5040.  THOMAS *v.* DROCHNER ET AL.  C. A. 7th Cir.
Certiorari denied.